JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, | Case No. CV 20-0335 FMO (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| S AND U INVESTMENTS, LLC, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 27th day of March, 2020.

/s/
Fernando M. Olguin
United States District Judge